## BROWN et v SCHUNK

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 12, 1934

Louis J. Schneider, Prosecuting Attorney, Cincinnati, Walter M. Locke, Cincinnati, and I. Jack Martin for plaintiffs in error.

Renner & Renner, Cincinnati, for defendant in error.

38

For full opinion see 40 OLR 292; 191 NE 886; 47 Oh Ap 344.